UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X **Docket#**
UNITED STATES OF AMERICA,   : 18-cr-00408-BMC-4
                            :
                            :
    - versus -              : U.S. Courthouse
                            : Brooklyn, New York
                            :
HUANG, et al.,              : September 5, 2019
         Defendant          : 4:12 PM
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING
BEFORE THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE

**A   P   P   E   A   R   A   N   C   E   S:**

**For the Government**:      **Richard P. Donoghue, Esq.**
                          United States Attorney

                    BY:   **William Campos, Esq.**
                          Assistant U.S. Attorney
                          271 Cadman Plaza East
                          Brooklyn, New York  11201

                          **James S. Yoon, Esq.**
                          U.S. Department of Justice
                          Criminal Division
                          1301 New York Ave, NW
                          Room 600
                          Washington, D.C. 20530

**For Defendant**
**Wei Mei Gao**:            **Stacey Van Malden, Esq.**
                          5114 Post Road
                          Bronx, NY 10471


**For Defendant**
**Sheng Miao Xia**:         **Michael A. Sheinberg, Esq.**
                          50 Court Street, #702
                          Brooklyn, NY 11201


**Transcription Service**:  **Transcriptions Plus II, Inc.**
                          61 Beatrice Avenue
                          West Islip, NY 11795
                          laferrara44@gmail.com


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

Proceedings

1          THE CLERK:  Criminal Cause for a Plea Hearing,

2  case number 18-cr-408, United States of America v. Huang,

3  et al, defendant number 4, Wei Mei Gao, and defendant

4  number 5, Seng Miao Xia.

5          Counsel, please state your name for the record,

6  beginning with the government.

7          MR. CAMPOS:  For the United States, William

8  Capos, and trial attorney, James Yoon, from the computer

9  crime, and intellectual property section of the

10  Department of Justice.

11          Good afternoon, your Honor.

12          THE COURT:  Good afternoon.

13          MR. SHEINBERG:  And it's Michael Sheinberg, 50

14  Court Street, Brooklyn, New York.  I represent Mr. Xia,

15  X-I-A.

16          Good afternoon.

17          THE COURT:  Good afternoon.

18          MS. VAN MALDEN:  Good afternoon, your Honor.

19          Stacey Van Malden on behalf of Ms. Gao.

20          THE COURT:  I see we have an interpreter

21  assisting the defendants.  Please raise your right hand.

22  (INTERPRETER SWORN)

23          THE COURT:  Please state your name for our

24  record.

25          THE INTERPRETER:  Yes, my name is Nancy Wu, W-

3

Proceedings

1     U.

2            Good afternoon, your Honor.

3            THE COURT:  MS. Wu.  And are you translating --

4            THE INTERPRETER:  Ms. Wu.

5            THE COURT:  Ms. Wu, I'm sorry.  Are you

6     translating into Mandarin for us today?

7            THE INTERPRETER:  Mandarin, yes.

8            THE COURT:  Thank you.

9            THE INTERPRETER:  Thank you.

10           Mr. Xia, are you understanding everything I am

11    saying as it's translated into Mandarin for you?

12           DEFENDANT XIA:  Yes.

13           THE COURT:  Ms. Gao, are you understanding

14    everything I am saying as it's translated into Mandarin

15    for you?

16           DEFENDANT GAO:  Yes.

17           THE COURT:  Mr. Sheinberg, I believe you're

18    retained in this case.

19           MR. SHEINBERG:  Yes, I am, your Honor.

20           THE COURT:  And Ms. Van Malden, you are as,

21    well?

22           MS. VAN MALDEN:  Yes, your Honor.

23           THE COURT:  Ms. Gao -- oh, before I do that, is

24    there any objection from any party to my proceeding with

25    both defendants simultaneously for purposes of this Rule

4

Proceedings

1   11 proceeding.

2          Mr. Sheinberg?

3          MR. SHEINBERG:  No objection, your Honor.

4          THE COURT:  Ms. Van Malden?

5          MS. VAN MALDEN:  No, your Honor.

6          THE COURT:  Mr. Xia, Ms. Gao, the reason you

7   are in my courtroom today is that your lawyers have

8   indicated that you wish to surrender your right to a

9   trial, and instead plead guilty to Count 1 of the

10  indictment that is pending against you.

11         Before I may hear any plea of guilty that you

12  might choose to offer, I want to make sure that you

13  understand that I am not the judge who is presiding over

14  your case.  The judge presiding over your case is

15  United States District Judge Cogan.  Judge Cogan is the

16  judge who will decide whether any plea of guilty you

17  decide to offer should be accepted, and if so, what

18  sentence should be imposed.

19         I'm a magistrate judge.  I'm not a district

20  judge like Judge Cogan.  I do not have the authority

21  under the law to formally accept the guilty plea or to

22  decide your sentence.

23         If you wish, you have the absolute right to

24  present any plea of guilty you wish to make to  Judge

25  Cogan.  If you made the choice to do that, there would be

5

Proceedings

1    no prejudice to you.  You would be permitted to plead

2    guilty on the same terms and conditions that are being

3    offered to you now on another date that's convenient to

4    Judge Cogan.

5            In the alternative though, if I have your

6    consent and agreement, I do have the authority to be the

7    judge who hears your guilty plea.  If you agree to

8    present your guilty plea to me, I will arrange for this

9    proceeding to be recorded and for the recording to be

10   transcribed or written out, so that Judge Cogan has a

11   record of what you and I have said to each other to

12   review before deciding whether to accept your guilty

13   plea, or how to determine your sentence.

14           Do you understand everything I have said so

15   far, Mr. Xia?

16           DEFENDANT XIA:  Yes.

17           THE COURT:  Ms. Gao?

18           DEFENDANT GAO:  Yes.

19           THE COURT:  Do you wish to give up your right

20   to have Judge Cogan hear your plea and do you agree to

21   proceed instead to me?

22           Mr. Xia?

23           DEFENDANT XIA:  Yes.

24           THE COURT:  Ms. Gao?

25           DEFENDANT XIA:  Yes.

6

                        Proceedings

1              THE COURT:  Are you making this decision

2    voluntarily, of your own free will, and not in response

3    to any threats or promises?

4              Mr. Xia?

5              DEFENDANT XIA:  Yes.

6              THE COURT:  Ms. Gao?  Yes?

7              DEFENDANT GAO:  Yes.

8              THE COURT:  Did you review a consent form that

9    looks like this carefully with your attorney, and then

10   agree to sign it?

11             Mr. Xia?

12             DEFENDANT XIA:  Yes.

13             THE COURT:  Ms. Gao?

14             DEFENDANT GAO:  Yes.

15             THE COURT: Counsel, do you know of any reason

16   why your client should not consent to proceed before me

17   for these purposes?

18             Mr. Sheinberg?

19             MR. SHEINBERG:  No, Judge.

20             THE COURT:  Ms. Van Malden?

21             MS. VAN MALDEN:  No, your Honor.

22             THE COURT:  I find the consent of each

23   defendant knowing and voluntary, I am endorsing the form

24   with my signature and today's date to memorialize my

25   finding.

7

Proceedings

1        Before we proceed further, I have a question

2   for the prosecution about the plea agreements.  I see

3   that they are different than the ones that were submitted

4   to my chambers in anticipation of today's proceeding for

5   the Court's review in that the date by which the pleas

6   must be entered has been altered.

7             Are there any other amendments to the document?

8             MR. CAMPOS:  There are no other changes, your

9   Honor.

10            THE COURT:  In reviewing the document, I also

11   noticed that each defendant is to consent to entry of a

12   $90,000 forfeiture judgment.  I don't know if that's for

13   a specific fund, and it's one $90,000 corpus that both

14   defendants are surrendering their interest to, or if

15   these are substitute assets, and each is independently

16   liable for a separate $90,000 amount.

17            MR. CAMPOS:  Each is independently liable for

18   $90,000.

19            THE COURT:  Thank you, Mr. Campos.

20            Mr. Xia, and Ms. Gao, before I may recommend

21   that Judge Cogan accept any guilty pleas you offer, I to

22   ask you a very long list of questions.  The questions are

23   important ones.  They're designed to make sure you

24   understand the consequences of the decision you are being

25   asked to make.  They are also designed to protect the

8

Proceedings

1  prosecution and the Court because they will create a

2  record that will show that I explained your rights to

3  you, you agreed to surrender your rights, knowing what

4  those rights were voluntarily.

5          Once that happens, any plea of guilty you make

6  will be legally valid, and permanently binding.  So I

7  urge you to listen carefully to my questions.  If I ask

8  something, and you are not sure you understand me, just

9  tell me, and I will try to ask it again and make it

10 clearer.

11         If you wish to stop at any point to ask me a

12 question, or speak privately with your lawyer, just tell

13 me that, and I will give you the opportunity.

14         Is that clear to you, Mr. Xia?

15         DEFENDANT XIA:  Yeah.

16         THE COURT:  Ms. Gao?

17         DEFENDANT GAO:  Yes.

18         THE COURT:  It's so important that you be

19 truthful, that I am going to ask my clerk to administer

20 an oath to you now.  Please rise.

21 W E I  M E I  G A O,

22     having been first duly sworn, was examined and

23     testified as follows:

24 S H E N G  M I A O  X I A ,

25     having been first duly sworn, was examined and

9

Proceedings

1     testified as follows:

2            THE COURT:  You may be seated.

3            Now that you are sworn, when you answer my

4     questions, you are doing subject to the penalties of

5     perjury or making a false statement.  That means that if

6     you lie to me today, new criminal charges could be

7     brought against you for it.

8            Do you understand me, Mr. Xia?

9            DEFENDANT XIA:  Yes, I understand.

10           THE COURT:  Ms. Gao?

11           DEFENDANT GAO:  Yes.

12           THE COURT:  Mr. Xia, state your full name.

13           DEFENDANT XIA:  I speak in Chinese?

14           THE COURT:  Yes.

15           DEFENDANT XIA:  My last name is Xia, and my

16    name is Sheng Miao.

17           THE COURT:  How old are you?

18           DEFENDANT XIA:  45-years-old.

19           THE COURT:  How far did you go in school?

20           DEFENDANT XIA:  I graduated from elementary

21    school.

22           THE COURT:  How old were you when you stopped

23    going to school?

24           DEFENDANT XIA:  I was fourteen, something like

25    that.

10

Proceedings

1      THE COURT:  Are you having any difficulty

2  understanding the translation from the interpreter of my

3  words?

4      DEFENDANT XIA:  You mean in Chinese --

5      THE COURT:  Yes.

6      DEFENDANT XIA:  -- or in English?

7      THE COURT:  Chinese.

8      DEFENDANT XIA:  No problem.  I understand

9  everything.

10      THE COURT:  Does the interpreter sense any

11  difficulty communicating with this defendant?

12      THE INTERPRETER:  No, your Honor.

13      THE COURT:  Thank you.

14      Ms. Gao, tell me your full name?

15      DEFENDANT GAO:  My last name is Gao.  My name

16  is Wei Mei.

17      THE COURT:  How old are you?

18      DEFENDANT GAO:  36.

19      THE COURT:  How far did you go in school?

20      DEFENDANT GAO:  High school.

21      THE COURT:  Did you graduate?

22      DEFENDANT GAO:  Yes.

23      THE COURT:  Are you having any difficulty

24  understanding the translation from the interpreter?

25      DEFENDANT GAO:  No.

Proceedings

1          THE COURT:  Does the interpreter sense any

2    difficulty communicating with this defendant?

3          THE INTERPRETER:  No, your Honor.

4          THE COURT:  Thank you.

5          Mr. Xia, are you now or have you in recent

6    months been seeing a doctor, psychologist or other

7    healthcare professional for any mental, physical or

8    emotional problems?

9          DEFENDANT XIA:  No.

10          THE COURT:  Ms. Gao, have you?

11          DEFENDANT GAO:  No.

12          THE COURT:  In the last 24 hours, have you

13    taken any narcotics, drugs, medicine, pills or alcohol?

14          Mr. Xia?

15          DEFENDANT XIA:  No.

16          THE COURT:  Ms. Gao?

17          DEFENDANT GAO:  NO.

18          THE COURT:  Have you ever in your life been

19    treated or hospitalized for drug or alcohol abuse, or

20    psychiatric problems?

21          Mr. Xia?

22          DEFENDANT XIA:  No.

23          THE COURT:  Ms. Gao?

24          DEFENDANT GAO:  However, I was hospitalized for

25    my thyroid issue, but other than that, I have no other

12

Proceedings

1    issue.

2              THE COURT:  How long ago was that?

3              DEFENDANT GAO:  I have two surgeries last year,

4    one was in July, the other one is in December.

5              THE COURT:  That was not for a psychiatric

6    issue though, correct?

7              DEFENDANT GAO:  No.

8              THE COURT:  Is your mind clear today, and do

9    you understand everything that's go on so far?

10             Mr. Xia?

11             DEFENDANT XIA:  Yes.

12             THE COURT:  Ms. Gao?

13             DEFENDANT GAO:  Yes.

14             THE COURT:  Do you feel healthy, and focused,

15   and alert today?

16             Mr. Xia?

17             DEFENDANT XIA:  Yes.

18             THE COURT:  Ms. Gao?

19             DEFENDANT GAO:  Yes.

20             Mr. Sheinberg, have you discussed the matter of

21   pleading guilty very carefully with your client?

22             MR. SHEINBERG:  Yes, I have, your Honor.

23             THE COURT:  Ms. Van Malden?

24             MS. VAN MALDEN:  Yes, your Honor.

25             THE COURT:  Does your client understand the

13

Proceedings

1  rights that will be waived by entering a plea of guilty,

2  Mr. Sheinberg?

3          MR. SHEINBERG:  Yes, he does, your Honor.

4          THE COURT:  Ms. Van Malden?

5          MS. VAN MALDEN:  Yes, she does.

6          THE COURT:  Is your capable of understanding

7  the nature of this proceeding, Mr. Sheinberg?

8          MR. SHEINBERG:  Yes, he is, your Honor.

9          THE COURT:  Ms. Van Malden?

10          MS. VAN MALDEN:  Yes, she is.

11          THE COURT:  Do you have any doubt about your

12  client's competence to enter a guilty plea at this time,

13  Mr. Sheinberg?

14          MR. SHEINBERG:  No, Judge.

15          THE COURT:  Ms. Van Malden?

16          MS. VAN MALDEN:  Not at all.

17          THE COURT:  Have you advised your client of the

18  maximum, and any minimum sentence and fine that might be

19  imposed, also alerted your client to the collateral

20  consequences of the conviction, and the forfeiture

21  judgment aspects of the conviction, and alerted him or

22  her in particular, to the likelihood of removal?

23          Mr. Sheinberg?

24          MR. SHEINBERG:  Yes, I have, your Honor, and I

25  believe Mr. Xia is a United States citizen.

14

Proceedings

1        THE COURT:  Ms. Van Malden?

2        MS. VAN MALDEN:  I have spoken with Ms. Gao

3   about all of these issues because she is only a green

4   card holder.

5        THE COURT:  Thank you.

6        Mr. Xia, have you had enough time to go over

7   your case very carefully with your attorney?

8        DEFENDANT XIA:  Yes, I have.

9        THE COURT:  Ms. Gao?

10        DEFENDANT GAO:  Yes.

11        THE COURT:  Do you understand that if you could

12   no longer afford your lawyer's fees, and you demonstrated

13   that to me, I would appoint an experienced criminal

14   defense attorney to defend you at no cost to you, and you

15   should not plead guilty because you think you can't

16   afford the fees for a trial.

17        Mr. Xia, is that clear to you?

18        DEFENDANT XIA:  I do.

19        THE COURT:  Ms. Gao?

20        DEFENDANT GAO:  Yes.

21        THE COURT:  Mr. Xia, are you satisfied to have

22   Mr. Sheinberg be the attorney who is defending you in

23   this case?

24        DEFENDANT XIA:  Very well, and I am very

25   satisfied.

15

Proceedings

1          THE COURT:  Ms. Gao, same question to you with

2    Ms. Van Malden?

3          DEFENDANT GAO:  She is very good, and very

4    nice.

5          THE COURT:  And you want her to be your lawyer?

6          DEFENDANT GAO:  Yes.

7          THE COURT:  Have you received a copy of the

8    indictment where the charges against you are set forth in

9    writing and reviewed that indictment in Mandarin with

10   your lawyer?

11         Mr. Xia?

12         DEFENDANT XIA:  Yes.

13         THE COURT:  Ms. Gao?

14         DEFENDANT GAO:  Yes.

15         THE COURT:  The indictment accuses you in Count

16   1 of conspiring or agreeing to work together with others,

17   to traffic or buy and sell goods that are counterfeit

18   including handbags, wallets, and belts that have

19   counterfeit trademarks on them.

20         Do you understand what you're accused of in

21   Count 1?

22         Mr. Xia?

23         DEFENDANT XIA:  Yes.

24         THE COURT:  Ms. Gao?  Yes?  I want you to

25   answer out loud --

Proceedings

16

1    DEFENDANT GAO:  Yes.

2    THE COURT:  -- because we're making a

3 recording.

4         You have a right to plead not guilty to the

5 charges pending against you in the indictment, and to

6 persist in any not guilty pleas you have previously

7 entered. You have that right even if you committed the

8 crimes listed in the indictment.  Every defendant, guilty

9 or not, has the right to enter a not guilty plea, and

10 thereby exercise his or her constitutional right to a

11 trial.  It's never lying or misleading to plead not

12 guilty.

13         Do you understand me, Mr. Xia?

14    DEFENDANT XIA:  Yes.

15    THE COURT:  Ms. Gao?

16    DEFENDANT GAO:  Yes.

17    THE COURT:  If you were to plead not guilty, or

18 stand on any not guilty pleas you have previously made,

19 then under the Constitution and laws of the United

20 States, you are entitled to a speedy and public trial by

21 a jury with the assistance of your attorney, not only at

22 the trial, but at all stages of the case, and not only

23 with respect to Count 1, but with respect to all of the

24 pending charges.

25         Do you understand, Mr. Xia?

17

Proceedings

1            DEFENDANT XIA:  Understand.

2            THE COURT:  Ms. Gao?

3            DEFENDANT GAO:  Yes.

4            THE COURT:  At your trial, you would be

5    presumed to be innocent.  The prosecution would be

6    required to overcome the presumption of innocence, and to

7    prove that you were guilty by competent evidence, and

8    beyond a reasonable doubt.  You would not have to prove

9    that you were innocent.

10           If the prosecution failed to prove you guilty

11   beyond a reasonable doubt, the members of the jury would

12   have the duty to return a not guilty verdict, and Judge

13   Cogan would instruct them accordingly.

14           Do you understand me, Mr. Xia?

15           DEFENDANT XIA:  Yes.

16           THE COURT:  Ms. Gao?

17           DEFENDANT GAO:  Yes.

18           THE COURT:  That's why juries sometimes return

19   verdicts of not guilty, even though the members of the

20   jury believe the defendant on trial probably committed

21   the crimes in the indictment.  Probably is not enough for

22   a conviction.

23           When a jury returns a not guilty verdict, it

24   does not necessarily mean that jurors believe the

25   defendant is innocent.  Jurors are obligated to return a

18

Proceedings

1    not guilty verdict unless each juror is convinced beyond

2    a reasonable doubt that the defendant is guilty.

3              Do you understand, Mr. Xia?

4              DEFENDANT XIA:  Yes.

5              THE COURT:  Ms. Gao?

6              DEFENDANT GAO:  Yes.

7              THE COURT:  If you proceeded to trial, then

8    during your trial, the prosecutor's witnesses would have

9    to come into the courtroom, and present their testimony

10   against you right in front of you and your lawyer.

11             Your lawyer would have the right to question

12   prosecution's witnesses on cross-examination.  Your

13   lawyer would have the right to raise objections to the

14   evidence the prosecution attempted to offer against you.

15   And you and your lawyer working together, would have the

16   right present evidence, including testimony or documents,

17   or physical things in your defense, and to make arguments

18   to the jury in your defense during the trial.

19             You could even issue subpoenas, which are like

20   court orders, compelling people to come to court, and

21   testify, if there were people you wanted to have called

22   as witnesses in your defense.

23             Is all of that clear to you?

24             Mr. Xia?

25             DEFENDANT XIA:  Yes.

19

Proceedings

1          THE COURT:  Ms. Gao?

2          DEFENDANT GAO:  Yes.

3          THE COURT:  At your trial, you yourself would

4    have the right to testify as a witness in your own

5    defense if you made the choice to do so.  On the other

6    hand though, no one could require you to testify your

7    trial, if you preferred to remain silent.

8               That's because the Constitution of the United

9    States says that no one may be required to say anything

10   that is self-incriminating.  If you made the decision

11   that you preferred not to be a witness in your own

12   defense at trial, Judge Cogan would instruct the members

13   of the jury that they could not take your silence into

14   account, or hold it against you in any way when they

15   deliberation what their  verdict should be.

16              Do you understand me?

17              Mr. Xia?

18          DEFENDANT XIA:  Yes.

19          THE COURT:  Ms. Gao?

20          DEFENDANT GAO:  Yes.

21          DEFENDANT XIA:  Yes.

22          THE COURT:  On the other hand, if you enter a

23   guilty plea, and Judge Cogan accepts your guilty plea,

24   you will as a result be surrendering your Constitutional

25   right to trial, and all of the other rights that I've

20

Proceedings

1   been telling you about today.

2         There will be no further trial of any kind in

3   your case.  You will have no right to appeal from the

4   judgment of guilt that will be entered against you.

5         Judge Cogan will essentially convict you based

6   upon your admission of guilt in my courtroom this

7   afternoon, and that will free the prosecution of any

8   responsibility to prove what you did.

9         Do you understand, Mr. Xia?

10        DEFENDANT XIA:  I do.

11        THE COURT:  Ms. Gao?

12        DEFENDANT GAO:  Yes.

13        THE COURT:  If you proceeded to trial and you

14   were convicted by a jury's verdict, you would then have a

15   right to ask a higher court to review the legality of all

16   of the proceedings that led up to your conviction.

17        But when you plead guilty, you are substituting

18   your own words, admitting your guilt, for a jury finding.

19   When you do that, you give up your right to take an

20   appeal that challenges your conviction.

21        Do you understand me?

22        Mr. Xia?

23        DEFENDANT XIA:  Yes.

24        THE COURT:  Ms. Gao?

25        DEFENDANT GAO:  Yes.

21

Proceedings

1          THE COURT:  If you plead guilty, I will have to

2    to ask you questions about what you did with respect to

3    counterfeiting, so that Judge Cogan and I can be

4    satisfied that your guilty pleas are based upon facts

5    that actually took place.

6          You don't have to answer those kinds of

7    questions unless you want to go forward with your guilty

8    plea, but if you do answer them, and you admit that you

9    were involved in counterfeiting, you will be surrendering

10   your right not to incriminate yourself.

11         Do you understand me, Mr. Xia?

12         DEFENDANT XIA:  Yes.

13         THE COURT:  Ms. Gao?

14         DEFENDANT GAO:  Yes.

15         THE COURT:  Do you still wish to give up your

16   right to trial and all of the other rights I've been

17   describing to you?

18         Mr. Xia?

19         DEFENDANT XIA:  Yes, I will plead guilty.

20         THE COURT:  Ms. Gao?

21         DEFENDANT GAO:  Yes.

22         THE COURT:  Yes?

23         DEFENDANT GAO:  Yes.

24         THE COURT:  I understand you're making this

25   decision pursuant to written plea agreements marked a

22

Proceedings

1  Government Exhibit 1 with respect to Ms. Gao, and 2 with

2  respect to Mr. Xia.

3          I will ask my clerk to deliver those to your

4  counsel table now.

5          Directing your attention to Government Exhibit

6  1, Ms. Gao, and yours to Government Exhibit 2, Mr. Xia,

7  do you recognize these documents, and does your signature

8  appear on the final page, Ms. Gao?

9          DEFENDANT GAO:  Yes.

10          THE COURT:  Mr. Xia?

11          DEFENDANT XIA:  Yes.

12          THE COURT:  Before you signed this document,

13  was it reviewed with you carefully by your attorney in

14  Mandarin?

15          Mr. Xia?

16          DEFENDANT XIA:  Yes.

17          THE COURT:  Ms. Gao?

18          DEFENDANT GAO:  Yes.

19          THE COURT:  Did you understand the document

20  thoroughly before you signed it?

21          Mr. Xia?

22          DEFENDANT XIA:  Yes.

23          THE COURT:  Ms. Gao?

24          DEFENDANT GAO:  Yes.

25          THE COURT:  Does that document contain a

23

Proceedings

1    complete statement of everything that you and the

2    prosecution have agreed to regarding your case?

3            Mr. Xia?

4            DEFENDANT XIA:  Yes.

5            THE COURT:  Ms. Gao?

6            DEFENDANT GAO:  Yes.

7            THE COURT:  Has anyone promised you anything in

8    return for pleading guilty that is not written down in

9    your agreement?

10           Mr. Xia?

11           DEFENDANT XIA:  No.

12           THE COURT:  Ms. Gao?

13           DEFENDANT GAO:  No.

14           THE COURT:  May we have the agreements back,

15   please?

16           As I've said before, your agreements say that

17   you wish to plead guilty to Count 1, which is the

18   conspiracy or agreement to work together to traffic in

19   counterfeit merchandise.

20           Do you have the charge clear in your mind?

21           Mr. Xia?

22           DEFENDANT XIA:  Your Honor, can we ask the

23   lawyer a privately for a moment?

24           THE COURT:  Oh, yes, absolutely.

25   (Counsel and client confer)

Proceedings

24

1          MR. SHEINBERG:  We're good, Judge.

2          THE COURT:  Ms. Gao, did you have a chance to

3  have your question answered by your lawyer?

4          DEFENDANT GAO:  Yes.

5          THE COURT:  In Count 1, you're charged with

6  conspiring or working together to be involved with the

7  distribution of counterfeit merchandise.

8          Do you have the charge against you clear in

9  your mind?

10          Mr. Xia?

11          DEFENDANT XIA:  Yes.

12          THE COURT:  Ms. Gao?

13          DEFENDANT GAO:  Yes.

14          THE COURT:  I want to review with you the

15  penalties you face if you are convicted of this charge.

16  The law you're accused of violating authorizes Judge

17  Cogan to impose a prison sentence that could be as long

18  as ten years.

19          Do you understand, Mr. Xia?

20          DEFENDANT XIA:  Yes.

21          THE COURT:  Ms. Gao?

22          DEFENDANT GAO:  Yes.

23          THE COURT:  In addition, the law authorizes

24  Judge Cogan to impose a term of supervised release that

25  could be as long as three years.

25

Proceedings

1          Do you understand me, Mr. Xia?

2          DEFENDANT XIA:  Yes.

3          THE COURT:  Ms. Gao?

4          DEFENDANT XIA:  Yes.

5          THE COURT:  Supervised release is a time period

6   of up to three years, that won't even begin until you've

7   finished serving any sentence of imprisonment that is

8   imposed in your case.

9          Once you finish that prison sentence, you'll be

10  released from physical custody, but you will be subject

11  to the rules of supervised release for up to three years.

12  There are so many of those rules, I can't list them all

13  for you today.  They will include restrictions on your

14  right to travel freely, and requirements that you

15  regularly report to a probation officer, follow the

16  officer's instructions, answer the officer's questions,

17  and commit no new crimes at all.

18          And if you violate the terms of supervised

19  release rule, whether you've committed a new crime or

20  not, you could be arrested, brought back to this court,

21  and sent back to prison for up to two more years on this

22  counterfeiting conspiracy charge.  You would get no

23  credit for the time you spent serving your prison

24  sentence or with your liberty restricted by supervised

25  release against this new two-year term.

26

Proceedings

1          Is that clear, Mr. Xia?

2          DEFENDANT XIA:  Yes.

3          THE COURT:  Ms. Gao?

4          DEFENDANT GAO:  Yes.

5          THE COURT:  You could be fined as much as $2

6   million.

7          Is that clear, Mr. Xia?

8          DEFENDANT XIA:  Yes.

9          THE COURT:  Ms. Gao?

10          DEFENDANT GAO:  Yes.

11          THE COURT:  You could be required or will be

12   required to make restitution or pay the victims the

13   amounts they've lost.

14          Is that clear, Mr. Xia?

15          DEFENDANT XIA:  Uh-hum.

16          THE COURT:  Ms. Gao?

17          DEFENDANT GAO:  Yes.

18          THE COURT:  Mr. Xia

19          DEFENDANT XIA:  Yes.

20          THE COURT:  A $100 special assessment will be

21   imposed against you at or about the time you are

22   sentenced.

23          Is that clear, Mr. Xia?

24          DEFENDANT XIA:  Yes.

25          THE COURT:  Ms. Gao?

27

Proceedings

1          DEFENDANT GAO:  Yes.

2          THE COURT:  You are agreeing in addition to any

3   fine or restitution, to forfeit $90,000 in currency to

4   the United States government.

5          Is that clear, Mr. Xia?

6          DEFENDANT XIA:  Yes.

7          THE COURT:  Ms. Gao?

8          DEFENDANT GAO:  Yes.

9          THE COURT:  A defendant who is not a United

10   States citizen will almost certainly be removed from the

11   United States based upon a conviction of this offense,

12   and Ms. Gao, the government is already of the

13   understanding that you are not a United States citizen.

14          Do you understand me, Ms. Gao?

15          DEFENDANT GAO:  Yes, I do.

16          THE COURT:  Mr. Xia, do you understand that if

17   it should turn out that you are, in fact, you are not a

18   citizen, you could be removed from the United States?

19          DEFENDANT XIA:  Understand.

20          THE COURT:  Anything you say in my courtroom

21   today could be used against you in any proceeding that

22   might be held to determine your right to remain in, or

23   ever return to this country.

24          Do you understand me, Ms. Gao?

25          DEFENDANT GAO:  Yes.

Proceedings

1          THE COURT:  Mr. Xia?

2          DEFENDANT XIA:  Yes.

3          THE COURT:  I meant to ask this earlier, Mr.

4    Campos, have victim notification been provided?

5          MR. CAMPOS:  It has been provided, your Honor.

6          THE COURT:  Thank you.

7          I now would like to turn your attention to what

8    we call the Sentencing Commission Guidelines.  These

9    guidelines will be applied by Judge Cogan, and will

10   provide him with a range of months within which the law

11   will suggest an appropriate sentence in your case should

12   be set.

13         Have you had an opportunity to discuss these

14   guidelines carefully with your attorney, and to get your

15   lawyer's advice about how these guidelines are likely to

16   apply in your case?

17         Mr. Xia?

18         DEFENDANT XIA:  Yes.

19         THE COURT:  Ms. Gao?

20         DEFENDANT GAO:  Yes.

21         THE COURT:  The prosecution has estimated or

22   predicted that Judge Cogan will calculate your guideline

23   range to be 30 to 37 months long. I'm sure that the

24   prosecution did a careful job making that estimate, but

25   it's not binding on Judge Cogan.  Judge Cogan will make

29

Proceedings

1    his own calculation of the guidelines range.  He won't do

2    that until he receives something called a presentence

3    report, which hasn't even been written yet.

4            Once it's prepared, you and your lawyers will

5    have the opportunity to read it, and then there will be a

6    proceeding before Judge Cogan, at which you may address

7    the Court, and tell the judge if there's anything in the

8    report that you think is wrong.

9            Only then will Judge Cogan calculate the

10   guidelines, and it's possible he will decide upon a

11   longer guidelines range than the one the government has

12   estimated.

13           Do you understand me, Mr. Xia?

14           DEFENDANT XIA:  Yes.

15           THE COURT:  Ms. Gao?

16           DEFENDANT GAO:  Yes.

17           THE COURT:  Even after Judge Cogan decides what

18   your guideline range should be, he will have the

19   responsibility to consider additional facts and

20   circumstances about your case before determining his

21   sentence.  And he might decide to impose a sentence even

22   longer than the guidelines range he calculates.

23           Do you understand me, Mr. Xia?

24           DEFENDANT XIA:  Yes.

25           THE COURT:  Ms. Gao?

30

Proceedings

1      DEFENDANT GAO:  Yes.

2      THE COURT:  If you are sentenced to prison for

3  41 months or a shorter period of time, you will have no

4  right to bring any challenge to your guilty plea,

5  conviction, or sentence.  Even if you are sentenced to

6  prison for longer than 41 months, you will not be

7  permitted to withdraw your guilty plea or to raise a

8  legal challenge to your conviction on that basis.  The

9  only rights you would have in that even would be to

10  challenge the legality of the length of the prison

11  sentence Judge Cogan imposed.

12      Do you understand that, Mr. Xia?

13      DEFENDANT XIA:  Yeah.

14      THE COURT:  Ms. Gao?

15      DEFENDANT GAO:  Yes.

16      THE COURT:  You may have heard of parole which

17  is a program of early release from a prison sentence.

18  Parole is a state court program.  There is no parole in

19  federal court, so whatever sentence you receive from

20  Judge Cogan, you will not be released early on parole.

21      Do you understand me, Mr. Xia?

22      DEFENDANT XIA:  Yes.

23      THE COURT:  Ms. Gao?

24      DEFENDANT GAO:  Yes.

25      THE COURT:  Do you have any questions that you

31

Proceedings

1  would like to ask me or privately discuss with your

2  attorneys about the charges, the penalties, your plea

3  agreement, your rights or anything else?

4          Mr. Xia?

5          DEFENDANT XIA:  No.

6          THE COURT:  Ms. Gao?

7          DEFENDANT GAO:  No.

8          THE COURT:  Is everything I have said to you

9  today clear?

10          Mr. Xia?

11          DEFENDANT XIA:  Yes.

12          THE COURT:  Ms. Gao?

13          DEFENDANT GAO:  Yes.

14          THE COURT:  Mr. Xia, are you ready to enter

15  your plea?

16          DEFENDANT XIA:  Yes.

17          THE COURT:  Mr. Sheinberg, do you know of any

18  reason why your client should not plead guilty as

19  contemplated by his agreement?

20          MR. SHEINBERG:  No, your Honor.

21          THE COURT:  Mr. Xia, with respect to Count 1 of

22  the indictment, the conspiracy to traffic in

23  counterfeited merchandise, how do you plead, guilty or

24  not guilty?

25          DEFENDANT XIA:  I plead guilty.

32

Proceedings

1        THE COURT:  Do you make this plea of guilty

2   plea voluntarily and of your own free will?

3        DEFENDANT XIA:  Yes.

4        THE COURT:  Have you been threatened you or

5   forced you in any way to make this plea of guilty?

6        DEFENDANT XIA:  No.

7        THE COURT:  Other than what's written in your

8   plea agreement with the prosecution, has anyone promised

9   you anything in return for pleading guilty?

10       DEFENDANT XIA:  No.

11       THE COURT:  Has anyone promised you what

12  sentence Judge Block (sic) will impose?

13       DEFENDANT XIA:  No.

14       THE COURT:  Excuse me, Judge Cogan will impose?

15       DEFENDANT XIA:  No.

16       THE COURT:  Tell me in your own words what you

17  did that makes you guilty of this offense.

18       DEFENDANT XIA:  We have shipped goods that have

19  the counterfeit trademark, okay, in the year of 2016.

20       THE COURT:  Did some of the -- I'm sorry.

21       MR. SHEINBERG:  No, we're okay.

22       THE COURT:  Where were the goods shipped from?

23       DEFENDANT XIA:  From New York.

24       THE COURT:  What part of New York?

25       DEFENDANT XIA:  Flushing, Queens.

33

Proceedings

1       THE COURT:  When you shipped the merchandise,

2   did you know that it had fraudulent or counterfeit

3   trademarks on it?

4       DEFENDANT XIA:  Yes, I did.

5       THE COURT:  And did you believe that when you

6   were shipping it, that the merchandise would be resold

7   with the appearance that it was manufactured by the

8   people whose trademarks were on it?

9       DEFENDANT XIA:  Yes.

10      THE COURT:  Would the government have me ask

11  anything further of Mr. Xia?

12      MR. CAMPOS:  Just a moment, your Honor.

13      THE COURT:  Take your time.

14      MR. CAMPOS:  Your Honor, since the defendant is

15  pleading guilty to a conspiracy in traffic in counterfeit

16  goods, we would ask further questions that he worked with

17  others to do this.

18      Additionally, the defendant pleaded guilty --

19  stated in his allocution that he did this during the

20  period of 2016.  If the case were to go to trial, the

21  government would prove a longer time period.

22      THE COURT:  Thank you.

23      Did you have other people working with you in

24  your efforts to ship these counterfeit goods for

25  redistribution?

34

Proceedings

1          DEFENDANT XIA:  Yes.

2          THE COURT:  Did they also know that the goods

3    were counterfeit when they were shipped, or at least some

4    of them?

5          DEFENDANT XIA:  That's correct.

6          THE COURT:  Anything further?

7          MR. CAMPOS:  Not from the government, your

8    Honor.

9          THE COURT:  You may be seated.

10          MR. CAMPOS:  Thank you, your Honor.

11          THE COURT:  Based on the information given to

12    me, I find that the defendant Xia is acting voluntarily,

13    that he fully understands his rights and the consequences

14    of his plea and that his plea has a factual basis.  I

15    therefore recommend that Judge Cogan accept the

16    defendant's plea of guilty to Count 1 of indictment 18-

17    cr-408.

18          Mr. Xia, I understand sentencing has been

19    scheduled in your case for December 5th at 10 a.m.

20          Between now and then, you will be interviewed

21    by a probation officer.  The reason for the interview

22    will be to help the officer prepare the report that Judge

23    Cogan will rely upon when deciding what your sentence

24    should be.  I urge that you be candid and cooperative

25    during the interview, so that the report can be complete

35

Proceedings

1  and accurate as possible.

2          DEFENDANT XIA:  Okay.

3          THE COURT:  I take it that Mr. Xia has

4  previously appeared before the Court, that bond, pre-

5  trial release conditions have been set, and that there's

6  no objection to them being continued.

7          MR. CAMPOS:  There is no objection from the

8  government, your Honor.

9          MR. SHEINBERG:  Thank you.

10          THE COURT:  Thank you.  You're excused but if

11  you wish to remain seated, you may.

12          MR. SHEINBERG:  We will wait till --

13          THE COURT:  Okay.

14          Ms. Gao, are you ready to enter your plea?

15          DEFENDANT GAO:  Yes.

16          THE COURT:  Ms. Van Malden, do you know of any

17  reason why your client should not enter the plea of

18  guilty contemplated by her agreement?

19          MS. VAN MALDEN:  I do not.

20          DEFENDANT GAO:  Ms. Gao, with respect to Count

21  1 in which you're charged with conspiring to traffic in

22  or be involved in the commercial distribution of

23  counterfeit goods, how do you plead, guilty or not

24  guilty?

25          DEFENDANT GAO:  I plead guilty.

Proceedings

1        THE COURT:  Are you making this plea of guilty

2   voluntarily and of your own free will?

3        DEFENDANT GAO:  Yes.

4        THE COURT:  Have you been threatened or forced

5   by anyone to plead guilty?

6        DEFENDANT GAO:  No.

7        THE COURT:  Other than what is written in your

8   plea agreement with the prosecution, has anyone promised

9   you anything in return for your plea of guilty?

10        DEFENDANT GAO:  No.

11        THE COURT:  Has anyone promised you what

12   sentence Judge Cogan will impose?

13        DEFENDANT GAO:  No.

14        THE COURT:  Please tell me in your own words

15   what makes you guilty of this charge.

16        DEFENDANT GAO:  I shipped goods that have

17   counterfeit trademarks.

18        THE COURT:  When you were involved in shipping

19   the goods, did you know that the trademarks on them were

20   counterfeit?

21        DEFENDANT GAO:  I was aware of it.

22        THE COURT:  Were you in Flushing, Queens, when

23   you were involved in these shipments?

24        DEFENDANT GAO:  Yes.

25        THE COURT:  Did you understand that when you

37

Proceedings

1    were shipping the goods they would be resold to consumers

2    with the hope that the consumers would believe that they

3    were actually manufactured by the companies whose

4    trademarks appeared to be on them?

5                DEFENDANT GAO:  Yes.

6                THE COURT:  Did you work together with other

7    people at the Flushing facility who were also involved in

8    shipping the counterfeit goods?

9                DEFENDANT GAO:  Yes.

10               THE COURT:  And was it your understanding that

11   at least some of those other people also knew that these

12   were counterfeit pieces of merchandise?

13               DEFENDANT GAO:  Yes.

14               THE COURT:  Is there anything further the

15   government -- oh, over what period of time did this take

16   place, as you recall, Ms. Gao?  What is your recollection

17   the time period over which this took place?

18               DEFENDANT GAO:  In the year 2015.

19               THE COURT:  Would the government prefer to

20   amplify or inquire further?

21               MR. CAMPOS:  Your Honor, if that's the

22   defendant's plea that is covered during the period of the

23   indictment.  If the case were to go to trial, the

24   government would prove that it was for a longer period of

25   time.

Proceedings

1    THE COURT:  Based on the information that has

2  been presented to me, I find that the defendant is acting

3  voluntarily, that she fully understands her rights and

4  the consequences of her guilty plea.  I further find her

5  plea has a factual basis.  I therefore recommend that

6  Judge Cogan accept the defendant Gao's plea of guilty to

7  Count 1 of  18-cr-408.

8         Sentencing of Ms. Gao has been scheduled in

9  your case for December 4th at 10 a.m.

10        Between now and that date, Ms. Gao, you will be

11  interviewed by a probation officer, who will be preparing

12  the report that Judge Cogan reviews to decide your

13  sentence.  So I urge that you be candid and cooperative

14  with the officer, so the report can be as complete and

15  accurate as possible.

16        I take it Ms. Gao likewise has previously

17  appeared before the Court, that there are pre-trial

18  release conditions, and that there's no objection to them

19  being continued, Mr. Campos?

20        MR. CAMPOS:   The government has no objection

21  to that, your Honor.

22        THE COURT:  Is there anything further from

23  anybody?

24        MS. VAN MALDEN:  Not from the defense, your

25  Honor.

39

Proceedings

1          MR. SHEINBERG:  No, your Honor.

2          THE COURT:  Have a great afternoon.

3          MR. CAMPOS:  Not from the government.

4          THE COURT:  Thank you, everyone.

5          MS. VAN MALDEN:  Thank you.  You, too.

6              (Matter concluded)

7                   -o0o-

40

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **2nd** day of **October**, 2019.

*Linda Ferrara*
Linda Ferrara

AAERT CET**D 656
Transcriptions Plus II, Inc.