# Stacey Van Malden
Attorney at Law
5114 Post Road
Bronx, New York  10471
Phone (718) 601-2652
Fax  (212) 966-0588
Email: staceyl11@optonline.net

Stacey Anne Van Malden
admitted NY,NJ,FL,PA

October 15, 2020

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

     Re: <u>United States v. Wei Mei Gao, 18-cr-408</u>

Your Honor,

     I am writing to you today in advance of Ms. Gao's sentencing, presently set for October 29, 2020.  I am enclosing letters and English translations from Ms. Gao, her husband and co-defendant Xia Shengmiao, a cousin, and Ms. Gao's best friend, for your consideration.

     I have had the opportunity to review the Presentence Report, and discuss the contents with Ms. Gao.  She noted that at Paragraph 52 her siblings' names are Shao Qian, and Lu Gao.  We do object to the 2 level enhancement pursuant to USSG §2B5.3(b)(3)(a), which is inapplicable to Ms. Gao, and did not form a part of her plea agreement or offense conduct.  Specifically, Ms. Gao's offense conduct did not involve the manufacture, importation or uploading of infringing items.  Her offense conduct was shipping counterfeit products domestically.  Ms. Gao would submit that the proper guideline calculation is that as set forth in her plea agreement, resulting in an adjusted level of 19, corresponding to a range of 30-37 months.  However, on behalf of Ms. Gao and her family, I most respectfully request that this Court consider a sentence for Ms. Gao outside the Guidelines which would not include a period of incarceration.

     Ms. Gao pled guilty before Your Honor to the crime of Conspiracy to traffic in Counterfeit Goods.  Her offense conduct consisted of using her shipping business, Skyli

Express Inc., to ship packages containing counterfeit goods within the United States, on behalf of someone she thought was a seller of counterfeit items, but was really a confidential source for the Government. Ms. Gao's co-conspirator was her husband and co-defendant, Mr. Xia. Ms. Gao has accepted full responsibility for her actions, and as the Court may read for itself in her letter to the Court, she is extremely remorseful for her conduct.

I would most respectfully request that the Court take into consideration to following facts and personal characteristics when fashioning an appropriate sentence for Ms. Gao pursuant to 18 USC §3553(a).

This is Ms. Gao's first criminal conviction, and indeed her first contact with the criminal justice system either here or in China. I would submit to the Court that Ms. Gao's actions in this case, while in violation of law, were unlike most of the other defendants in the related Indictments. Ms. Gao shipped various packages domestically that she knew contained counterfeit goods. Unlike the others, Ms. Gao did not import the goods, attach labels to the goods, engage in wholesale or retail transactions, engage in fraudulent importation practices, structure payments, nor charge a higher rate to send these packages than she did for any other shipment. There were many shipments, which meant income to her small business. The $90,000 Ms. Gao is reported to have made from the shipping transactions were made over a 4 year period, amounting to approximately $22,500 per year, for both Ms. Gao and her husband. This is a very small amount of money to be paid for the risks that she took in shipping the items for the more major players in the conspiracy. There is no indication that Ms. Gao failed to report this income on her tax returns, nor any evidence that these packages were shipped at a different rate than other shipments. Skyli itself was a properly incorporated New York Business, registered with the Department of State. Also, Skyli was properly dissolved in 2018, and did not merely become inactive due to failure to pay taxes, like many other businesses. Moreover, Ms. Gao did not have any control over the amount of goods shipped, nor the wholesale or retail price of these items. As a result, we would argue that the guideline range for the value of the goods shipped substantially overstates Ms. Gao's participation in the conspiracy. See, Application Note 5 at §2B5.3.

Ms. Gao's health is another factor which we would ask the Court to consider in fashioning its sentence. The presentence report was completed in April of 2020. Since that time, Ms. Gao's health problems have continued. As the Court may remember, Ms. Gao's initial surgery for her thyroid cancer was a dismal failure, and resulted in her losing her ability to speak for three months. She underwent a second operation, which was more successful, but apparently incomplete, as she was forced to undergo yet another surgery in May of 2020. She has also had, so far, two radioiodine I-131 treatments in an effort to contain the cancer. As of today she reports that after her most recent I-131 treatment the doctors believe that they have not contained the cancer, and that it continues to spread. She is to follow up in January to allow time for the Iodine treatment to work. If there are still malignant cells in January, she will need to undergo another treatment. It is unknown if she will ever be in a full remission. Ms. Gao has noticed that she becomes winded very easily since her last operation. These treatments make her

vulnerable to Covid-19, and, are not likely to be available to her if she is incarcerated. "Multiple studies and advocacy initiatives have shown that cancer care in the prison population is substandard and pain management for inmates with advanced cancer is appalling." Cancer care in the US Prison System, ASCO Post, November 10, 2018. See also: *United States v. Beck*, Case No. 1:13-cr-00186-6-CCE (MDNC); 2019 U.S. Dist. LEXIS 108542.

As is set forth in the presentence report, Ms. Gao grew up in China, and was forced to live outside her parents home due to the effects of China's one child policy. While she felt well loved and cared for, her husband believes that this experience left her with a desire to "people please." He further believes that this is likely why she became involved in the instant conduct, because she was afraid of saying no to the person who asked her to ship things. Now, however, Ms. Gao understands that she must say no when asked to engage in conduct which is not legal, not only for herself, but also for her children and extended family.

The letters written on Ms. Gao's behalf may be few, but they tell a rich, full story of a mother, wife, daughter, granddaughter, cousin and friend. Ms. Gao, by all accounts is a loving mother, attentive daughter and wife, and best of friends. Ms. Gao has gone from a woman trying to start her own business, to a woman that works with the elderly, and truly enjoys bringing joy to her charges. These letters show a family that truly cares about one another, and one that accepts responsibility for their actions. Ms. Gao is clear that not only does she accept responsibility for her acts, but that she regrets her actions, and is truly remorseful. Most importantly, they show a family which will never again violate the law.

One of the main factors in our sentencing scheme is the need to avoid disparity in sentencing. Although the following list is certainly non-exhaustive, it demonstrates that individuals who are convicted of violations of 18 USC §2320 with similar or greater culpability, are generally given non-incarceratory sentences. Individuals convicted of importing the counterfeits or of trafficking in items which were easily mistaken for the authentic products often received substantial periods of incarceration.

In United States v. Diallo, 575 F.3d 252 (3d Cir. 2009), the defendant was convicted of trafficking counterfeit Louis Vuitton bags, which he had been selling in his Indianapolis Store as authentic, receiving a sentence of 3 years probation, 6 months electronic home detention, and Restitution of $2600.

In United States v. Kononchuk, 485 F.3d 199 (3d Cir. 2007), the defendant was sentenced to probation and home confinement for the sale of counterfeit software.

In United States v. Teh, 535 F.3d 511 (6th Cir. 2008), the defendant was sentenced to one year probation for sale of counterfeit CDs and DVDs.

In <u>United States v. Penton</u>, 303 Fed.Appx. 774 (11th Cir. 2008) the defendant was sentenced to five years' probation with five months of home confinement, a $7500 fine and a $300 special assessment for the sale of counterfeit cuban cigars.

In <u>United States v. Zai Yong Li, Dkt. 07-Cr-664-10 (ERK)</u> I represented Mr. Li, who received a sentence of 3 years probation when Mr. Li had participated in sale of "knock off" handbags. His son and co-defendant also received a probationary sentence which included a period of home confinement. With the exception of the few defendants who were responsible for the actual importation of the handbags, the majority of the defendants in this multi-defendant case were sentenced to periods of probation.

This Court may serve all the goals of an appropriate sentence by imposing a sentence of probation and community service or home confinement or some combination of the three. Based upon Ms. Gao's history and characteristics, it is unlikely that she will ever commit any further crime. While punishment is necessary to deter criminal conduct of others, appropriate punishment in this case should not include incarceration. A non-guidelines, non-incarceratory sentence would completely fulfill the dictates of 18 USC 3553(a), especially considering Ms. Gao's health, and that her co-defendant is her husband. If either or both of them are subject to incarceration, it will have a devastating effect on their children, and Mr. Xia's elderly parents. Such a sentence would punish the conduct and deter others from commission of similar crimes, and at the same time allow Ms. Gao to continue to be a positive and contributing factor in the lives of so many other people, and allow her to continue the life saving treatments that she needs.

In sum, Your Honor, Ms. Gao is not your ordinary defendant. She is truly kindness personified. Even though she has been suffering through her health issues, she continues to work, she continues to care for her children and husband, her in-laws and other extended family. If there is someone that this Court does not need to worry about reoffending, it is Ms. Gao. Her unique circumstances take her case out of the heartland of the average case, and in fact, the Court might even consider this legal transgression aberrant behavior on Ms. Gao's part.

On behalf of Ms. Gao and her family, I most respectfully request that this Honorable Court sentences her to a non-incarceratory sentence, and for such other and further relief that this Court may deem just and proper.

Respectfully submitted,

*Stacey Van Malden*

Stacey Van Malden, Esq.

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 12, 2019.

Selected Entity Name: SKYLI EXPRESS INC.
Selected Entity Status Information

**Current Entity Name:** SKYLI EXPRESS INC.
**DOS ID #:** 4538510
**Initial DOS Filing Date:** MARCH 04, 2014
**County:** QUEENS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** INACTIVE - Dissolution (Aug 10, 2018)

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SKYLI EXPRESS INC.
132-01 34TH AVENUE
APT 1F
FLUSHING, NEW YORK, 11355

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of

incorporation, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 04, 2014 | Actual | SKYLI EXPRESS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

My name is Yu, Lihui, and my birthday is 12/02/1992. Gao, Wei Mei and Sheng Miao Xia are my cousin and cousin's husband.

I often tell my friends that I have a cousin and her husband who treats me extremely well. During the year of 2016 to 2017, these years were the most painful period in my life. I have had six consecutive operations in those two years. During the most difficult time, my cousin and cousin-in-law helped me a lot. During that period, they were not only accompanied me to see the doctors for surgery, they also often delivered me the nutritious homemade food, they encouraged me, and walked me through the most painful time. Whenever I needed their help, they will help me unconditionally. Their love is not only reflected in me, but also in other family and friends.

My brother, a sophomore in high school, passed the driving license test with the help of our cousin-in-law last month. When my cousin-in-law found out that my brother was going to learn how to drive, he immediately took the initiative to teach my brother to learn how to drive. He is very busy every day, but he still used his free time to teach my brother to learn the proper way to drive, and taught him successfully and my brother passed the road test and received his driver's license.

He is also a good husband and father who loves his wife and children. His life revolves around the family. He took all the pressure and burden of the family. He always wants to give his wife and son the best life.

During last year and the year before, my cousin also went through many operations for her thyroid. during this difficult time, my cousin-in-law has been accompanying and taking care of my cousin. No matter how busy or tired he is, he will accompany his children to play ball and games with them, and prepared birthday parties for them. He makes sure he won't miss anything with his children and participate in every step in their grow up process. He is also a filial son in the eyes of his parents. Miao has been taken care of his parents. During pandemic, he traveled around to various hospitals, taking his wife and his mother to see their doctors and accompanied them to their surgeries. Miao also took care of them during their post-surgery care. However, he neglected his health problems.

I can't imagine what my cousin's family would be like without the support of Maio. But I know that their family cannot do without him. His friends and other family members cannot lose such a passionate person who lends his helping hand when others need help.

Yu, Lihui

尊敬的法官大人

我叫Yu, Lihui, 我的生日是12/02/1992。Gao, Wei Mei和Sheng Miao Xia 是我的表姐和表姐夫。

我常常会和我的朋友说我有一位对我很好的表姐和表姐夫。2016年到2017年是我人生经历最痛苦的时期。我在这两年的时间内连续做了六次手术。在这最困难的时间，我的表姐和表姐夫给予了我很大的帮助。这期间，他们不仅陪我看医生做手术，他们还经常送营养的食物给我，鼓励我，陪我一起走过这最痛苦的时间。无论我在什么时候需要他们的帮助，他们都会无条件的帮助我。他们的爱心不仅仅是体现在我身上，也体现在其他家人朋友的身上。

我的弟弟一个在校的大二学生，上个月在表姐夫的帮助下通过了驾驶执照考试。当我表姐夫知道我弟弟要学车的时候，他马上主动教我弟弟学车。他每天都十分忙碌，可他还是利用空余的休息时间来教我弟弟学车，并让他成功通过考试拿到驾驶证。

他也是一位爱护妻儿的好丈夫和好爸爸。他的生活都是围绕着家庭展开的。他承担了家里所有的压力和重担。他总是想要给妻子和儿子最好的生活。在去年和今年，我的表姐也经历了很多次手术。在这艰难的时间里，表姐夫一直在陪伴照顾着表姐。无论多忙多累他还是会陪伴他的孩子成长，陪他们打球，玩游戏，给他们准备生日party。他也是父母眼中孝顺的儿子。他的父母一直由他来照顾和抚养。他的妈妈有严重的心脏病和糖尿病，他的爸爸也有一些疾病。他除了要照顾妻子和孩子之外还需要照顾年迈体弱的父母。在pandemic期间，他在各个医院奔走，带妻子和他的母亲看病，做手术。在术后还需要照顾他们。然而，他或许也无法顾及自己的健康问题。

我无法想象这个家庭没有表姐夫的支撑会是什么样子。但是我知道，他们的家庭离不开表姐夫。他的朋友和其他家人也无法离开这样一位热心，在别人需要帮助的时候伸出援手的人。

                                                              Yu, Lihui

Your Honor:

Hello, my name is Gao, Wei Mei, I am Xia, Sheng Miao's wife. Now I am writing this letter with my most sincere regret. I am well aware of the criminal matter he is facing now. We are all under tremendous pressure on this matter, not only for us, but also for our entire family. He is a caring husband, a caring father, and a filial son and son-in-law. It has been almost 15 years since I met, became friend and fell in love with him. He has always been a considerate, attentive, responsible, loyal, and kind man. As a father, he is a very caring and patient father. We have two very cute and well-behaved sons. A 4-year-old and a 12-year-old, no matter how busy he is, he will do his best to give the most selfless love and company. For his son, he is the best dad in the world. As long as he is there, the house will be full of laughter. He will participate in any children's activities, play basketball with them, go to the park, and read books. At home, no matter how busy he was at work, he always rushes back to cook their favorite dishes for the children. In 2010, my mother died of breast cancer. In the last stage of my mother's life, he left his job and flew back to China from the United States to accompany her and took care of her. Finally, we were able to be with her until her last moment. This is something I will never forget. This year is a special year, because his parents are getting older and their health declined due to aging, my father-in-law has undergone prostate cancer surgery, and my mother-in-law has severe diabetes and heart disease. Maio has been in and out of the hospital many times during the epidemic. My husband and I have always been responsible for picking up and taking care of our mother. In 2017, I was diagnosed with thyroid cancer, I had 3 operations and two radioiodine therapy 131 treatments. My first thyroid operation had failed and I couldn't speak for three months. I often cried day and night. I couldn't take care of my children. It was Maio who took care of me, our children and our elderly parents. I know that he is under a lot more pressure than us both mentally in our daily life. I notice it because I saw him crying several times while he was carrying me to our room. Maio suffered insomnia. He also has thyroid disease, high blood sugar, high blood pressure and heart diseases, but he continues working hard to provide for his family. We have many conversations about our mistakes that he really regretted the mistakes he made when he didn't understand the law. Now he is working hard to repent and put himself and his family on the right track again.

What is home? For me and the children, where his presence is home. Home is a harbor that can give us warmth, happiness, and hope. Home is a place where we rely on and trust each other, and more importantly, home is the cradle for the healthy growth of children. If we lose him, our home will lose the warmth and happiness. What we lose is dependence and the future. I cannot imagine how I would live with my children and our elderly parents if he is not with us. Every time I think of this, I felt a knife stab into my heart. I can't imagine our family being torn apart.

Here, I plead to your honor, please give Xia Sheng Miao a chance, as well as our family. In the days to come, we will all be good citizens who abide by laws and regulations. The magnanimity of your honor will be remembered by our entire family. We hope you can give us a future for our immigrant family. We will definitely cherish this opportunity to give back to the society.

Sincerely yours,

Gao, Wei Mei

尊敬的法官大人：

你好，我叫高微妹，是夏胜妙的妻子。现在的我怀着最诚挚的悔意写这封求情书。我很清楚他现在所面对官司，这件事我们都承受巨大的压力，不仅是对我们而言，还有对我们整个家庭产生的非常大的影响。他是一个体贴的丈夫，是一个有爱心的爸爸，是一个孝顺的儿子和女婿。我与他相识、相知、相爱至今快15年了，他一直是一个体贴、细心、负责任和忠诚、善良的好男人。作为爸爸，他是非常有爱心、耐心的好爸爸。我们有两个非常可爱、乖巧的儿子。一个4岁，一个12岁，不管有多忙，他都会尽他所能地给予最无私的爱和陪伴。对于儿子而言，他是这个世界上最好的爸爸，只要有他在，家里都会充满着欢笑声。他会参与任何孩子们的活动，陪孩子打篮球，去公园，看书。在家，不论工作有多忙，总会赶着回来给孩子做他们喜欢的菜。作为儿子和女婿，他更是有担当，有责任心的。2010年，我的妈妈因为乳腺癌去世，他在我妈妈的人生最后阶段，放下工作从美国飞回中国陪伴和照顾她，最后跟我一起送走了我的妈妈，这是我一辈子都忘不掉的。今年是特别的一年，因为他的父母亲年纪大了，身体变的很虚弱，公公做过前列腺癌手术，婆婆患有严重的糖尿病和心脏病，在疫情期间出入医院多次，我的老公一直都担负着接送和照顾母亲的责任。我本人因为2017年检查出来得了甲状腺癌，在这三年期间我做了3次手术和两次碘131治疗，因为第一次的手术失误，三个月说不出话来，我是日夜经常痛哭，孩子都照顾不了，都是他在承担着照顾我和孩子、老人。我知道他无论是在精神和生活上都承受着比我们更大的压力，因为好几次我看着他背着我流眼泪，失眠更是经常的事，他自己本身也有甲状腺、高血糖、高血压和心脏方面的疾病，但是为了家人们他还在努力的坚持着。他也多次跟我说真的很后悔自己不懂法律所犯下的错误。现在他努力的悔改，让自己和家人的生活重新走上正轨。

什么是家？对于我和孩子们来说，有他的地方就是家。家是一个可以给我们温暖、快乐、希望的港湾，家是我们互相依靠和寄托的地方，更更重要的是家是孩子们健康成长的摇篮。如果失去他，我们的家将失去温暖和快乐，失去的是依靠和未来，我无法想象，如果他不在我们身边，我和孩子、老人们该如何生活，每想到这里，我的心如刀割，无法承受一个完整的家庭要分离。

在这里，我恳请法官大人，请您给与夏胜妙一次机会，也给我们这个家一次机会。在未来的日子里，我们都会做遵纪守法的好市民。对您的宽宏大量我们全家一定会铭记在心，希望您能给我们这个移民家庭一个未来，我们一定会好好珍惜这个来之不易的机会去更好的回馈社会。

您忠诚的

高微妹

Your Honor:

Hello, my name is Xia Shengmiao, and I am the husband of Gao Weimei. Now I am writing this letter with an extremely remorseful heart. My wife and I have been married for 13 years. We met in China. I noticed that she is a very gentle, kind and caring woman during the course of our relationship. I wanted to marry her and bring her to the United States. When she first came to the United States, she was not familiar with this place. I am the only person she knows, so I want to give her a warm and happy home. After coming to the United States, life is very difficult for her. There are huge economic and daily pressures, but she is a very hard worker. She signed up to learn English so she can adapt to the new environment here. She is a very unfortunate and pitiful person. When she was a child due to the Chinese's family planning policy, she was forced to send away to live with someone else when she was born. Then she returned to her own parents when she was six years old. She suffered with this childhood experience and with her limited education, she always wanted to give her children a better living environment. She did not fully understand the American law and violated them. Now she regrets it very much. Whenever it comes to this matter, she always burst into tears. I noticed my wife that she does not know how to reject others and often trying to please others, so that she feels that everyone will like her. I believe this is one of the important reasons that she broke the law. She is a very insecure person because of her childhood experience. Her childhood experience made her cherish our family very much. She didn't want her two young children to repeat her own history, so she is a very patient person and very patient with her children. She always spends time to study, play games and read stories with our children. Our children also particularly love to be with their mother. When she is at home, the house will feel like a real home and full of laughter. Unfortunately, in 2017, she was diagnosed with thyroid cancer again. For this reason, she underwent three surgeries and two iodine 131 treatments in the past three years. During her first operation, her vocal cord was damaged due to surgical errors. Her inability to speak makes her more vulnerable and cried all day. I tried my best to be with her and comfort her when I have time. She has finally improved. She is also actively involved in nursing work. She is very enthusiastic about taking care of the elderly, doing laundries, floor cleaning, delivering meals, and bringing the elderly for a walk in the park, hoping to make up for her wrong doing, put her life back on the right track, and show a good example to her children. Unfortunately, the doctor found that her metastasis of cancer cells in the lymphatic has spread again this year. She had another operation in May. The successive operations made her very weak and painful. In addition, this incident made her very depressed. She was worried that she would be separated

away from her children. The youngest is only 4 years old and the older is only 12 years old. She was worried that she would never see her lonely elderly father in China again (because her mother suffered a lot from the family planning when she was young, ever since her health had been poor and she passed away in 2010). She does not want her children repeat her childhood experiences. I hereby plead to your honor to give my wife a chance, and also give the children a chance to be with their mother forever, and give us a chance to continue to have our perfect, happy and warm family. We will also learn our lesson, repent actively, and be a good citizen who obeys the law. We will certainly forever remember your leniency.

Sincerely yours,

Xia Shengmiao

尊敬的法官大人：

你好，我叫夏胜妙，是高微妹的老公，现在我怀着无比忏悔的心来写这封求情书。我和妻子结婚13年了，我们相识在中国，在与她相处的过程中，我发现她是一位非常温柔、善良和有爱心的女人，所以决定和她结婚，并把她带到美国来，她刚来美国的时候，人生地不熟，只有我一个亲近的人，所以我是多么想给她一个温暖、幸福的家。来美国后的生活非常不容易，经济和生活上都有着巨大的压力，但她是一个非常努力的人，她报名学习英文来适应融入这里的环境，她是一个非常不幸和可怜的一个人，小时候因为中国计划生育的政策，她在刚出生就被送到了别人家里寄养到六岁才回到她自己的家，也因为这个经历，但是因为水平有限，又想要给孩子更好的环境和不懂美国法律的情况下，做了一些违反美国法律的事情，现在她非常的后悔，每当谈到这件事的时候，总是泪流满面。让她养成了一个习惯就是不懂得去拒绝别人，想尽力去讨好别人，这样她才觉得大家才会喜欢她，我相信这是她犯法的重要原因之一吧。她是一个非常没有安全感的人，从小的经历让她非常珍惜我们的家庭，因为她自己有过的经历，不想自己两个年幼的孩子重复自己的历史，所以她对孩子特别的耐心和爱护，她有时间总是会跟孩子在一起学习、玩游戏、讲故事，孩子们也特别地喜欢跟妈妈在一起，有她在家的时间家里总是充满着欢声笑语。不幸的是在2017年，她又被检查出来得了甲状腺癌，为此她在这三年中做了三次手术和两次碘131治疗，第一次的治疗因为手术失误，她声带受损三个月不能说话，让她变得更加脆弱，整日流泪，我现在有时间都会和孩子尽量陪着她，安慰她，现在终于有所改善了，她也积极参加护理的工作，她非常热心的照顾护理老人，洗衣，拖地，送餐送饭，带老人去公园散步，希望能弥补自己的过错，让自己的生活走上正轨，给孩子们有个好的影响。但是很不幸，在今年又被查出淋巴处有癌细胞转移，五月份有做了一次手术，接连的手术让她变的非常虚弱和痛苦，加上案件的事情让她非常的压抑，时时在担心自己会离开孩子，毕竟小的才4岁，大的才12岁，担心从此见不到在中国的孤独年老的父亲（因为妈妈在年轻时候受过很多计划生育的折磨，身体一直不好，已经在2010年的时候去世了），孩子们会不会重复她小时候的种种经历，所以我在此恳请法官能够给她一次机会，也给孩子们一次跟妈妈永久在一起的机会，给我们一个完美、幸福、温暖的家。我们也会吸取教训，积极悔改，做个遵纪守法的好市民，对您的宽宏大量我们一家一定铭记在心的。

真诚的

夏胜妙

Pleading letter

My name: Liu Yandan.  Due to my limited English, I can only write this pleading letter in Chinese, please understand! Thank you!

Gao Weimei and I have known each other since 2013. She was the first good friend I met when I first came to the United States. At the beginning, we all came to New York with a good yearning for American life. This city is beautiful and very attractive.  In order to allow our family members to gain a foothold in this city and live a better life, we are constantly working hard to overcome the language barrier and the difficulties of the unfamiliar environment. During the epidemic, I could not buy any anti-epidemic supplies. She immediately gave me a box of masks and disinfectant wipes. Although her body is tiny and weak, she has a grateful and helpful heart. Even though she is in the United States, she has been caring her grandmother who took care of her when she was a child from her foster family. Gao Weimei often buys a lot of nutritional products and mailed them to her grandmother from the foster family, and she visited her every time she returns to China. A few years ago, her grandmother had a stroke, and Gao Weimei was anxious and she often video chat with her grandmother, comforting and encourage her to stay strong to recover.

I remember when I first arrived in New York, Gao Weimei and her family lived in a small rental house. Although living conditions are difficult, she still maintains a heart of tolerance and optimism towards family and friends. She did her best to take care of her two children, picking up and dropping off the children without hindrance, taking care of her elderly parents-in-law, and taking care of everything for the family. The couple have been doing their best to provide for their children. I know that Ms. Gao Weimei respects her children very much. As long as her children want to learn or show interest in any activities, she will give her the greatest support and help. With her support, her eldest son can play taekwondo, basketball, tennis, and guitar. His grade is getting better and his studies are getting more advance. I have always admired her for educating her children so well, being polite, respecting the old and loving the young. She will also share with me how she educates her children, and will also introduce me to the extracurricular classes for different children.  The reason for that is I also have two children.  I also learned from Weimei how to educate my children well. They often said that parents are the best role models for their children, so they have been setting a good example for their children, working hard to nurture their children, and let them grow up to be meaningful person to the society. Gao Weimei's moral character is highly regarded in the family and friends. Therefore, I often entrust my two children in her care.

Unfortunately, during 2018, she made a terrible mistake by making friends carelessly. From this incident to the present, she has deeply understood the seriousness and the consequences of her mistake. In the past two years, she has often shed tears when she talks about it. Every night, she thinks of the mistakes she made and the harm she has caused to her family. In June of 2018, due to long-term depression, insomnia, and very poor physical condition, her thyroid disease returned and had to undergo surgery. I can only comfort her and persuade her, hoping that she can learn from experience, reform, recover, take care of herself, get herself up again, and put her life and work back on the right track. Considering that her children and elderly people in the family who still need her care.  She tries to adjust her mood and restore her health as soon as possible.

After the operation, she suddenly realized that she had found a positive direction in life. She continues to repent and devote most of her time to elderly care. She took the initiative to learn the basic nursing knowledge and learn the physical and psychological needs for the elderly.  She is not afraid of the hard work and able to carry forward the spirit of love among the elderly she cared for, their health conditions have also been alleviated. Her health status has been greatly improved as well. However, she still has not fully recovered after her first operation and she rushed back to her daily busy life and shortly thereafter, she was hospitalized and had another operation at the end of 2018. She was exhausted. But every time after a good rest, she will start taking care of her children and the elderly again.

In March of this year, the epidemic hit suddenly, and the elderly were depressed that their loved one could not visit them.  Gao Weimei risked herself and bought protective gears and groceries at her own expense and distributed them to the elders in person.  She often communicated with them on the phone to see how they are doing. During the epidemic, she never left nursing care. She really regards nursing care of the elderly as a career, hoping to save her soul.

But now, the situation in Gao weimei's home is not too optimistic. She suffered from the thyroid disease and had another operation in May of this year.  She is exhausted from three operations.  The doctor warned her to maintain a good mood and make sure to have plenty of rest.  She cannot go back to work until she is fully recovered.   Her father has reached an old age and has no financial income. After they learned that Weimei has got into trouble with the law, he often suffered from insomnia and increased blood pressure. His physical condition is not hopeful. The two children are currently very young, and they also vaguely feel something has happened at home. But in order not to cast a shadow on the children's young minds, she has always kept this matter from her children. However, in order not to cast a shadow on the child's young mind, she has always kept this incident within herself.  She has been carrying all the pressure silently from all aspects.

For immigrant families like Gao Weimei, they are really in deep trouble. At present, she is able to ensure that she is able to support her parent and the daily expenses of the family.  She does not dare to relax a bit; she overloads herself with work every day.  She usually saves money and doesn't spend every penny carelessly.  She has raised her concerns with me during our conversation.  She was afraid that she would be sentenced to jail and she will be taken away from caring her own children, caring her parent and her in-laws.  She even begs me to take care of her children in case she is taken away at the end of the case.  She shed tears every time she talked about it.

Your Honor, there is an old Chinese saying "It's not too late to mend the mistake," which means: if you understand that you have done something wrong, you should correct it immediately, and it never too late to see the result.  As one of her best friends, I plead to your honor not to sentence her to jail, but a lighter sentence. Please consider that she is the first offender and no one is hurt. She has been actively repenting over the years, uses her actions to prove her repentance. Please consider that she has an elderly parent and two young children who need her love and care.  Children cannot be separated with their mother and parent cannot live without their daughter when they are old.  Please give her a chance to rehabilitate!

                                                                                           Sincerely,


                                                                                           Liu Yan Dan

## 求情信

**尊敬的法官大人：**

本人姓名：刘燕丹。因为本人的英文水平有限，所以只能用中文代替写下这篇求情信，请法官大人能够理解！谢谢！

我与高微美从2013年就认识了，她是我初来美国第一个认识的好朋友。当初我们都怀着对美国生活的美好向往来到了纽约。这个城市很美，非常的吸引人。我们为了让自己的家人能在这个城市立足和过上更好的生活不断的努力，慢慢不断在克服语言上，以及陌生环境的困难，辛勤的劳作。疫情期间，我买不到一些防疫用品。她知道后马上给了我一盒口罩和消毒湿巾。她的身体虽然瘦小软弱，但是她却有一颗感恩，乐于助人的心。即使她身在美国还一直在关心国内她小时候寄养家庭的奶奶。高微妹常常会买很多营养品邮寄给寄养家庭的奶奶，每次回国也一定会去探望她。前几年寄养家庭的奶奶经历了中风，高微妹更是焦急不已。高微妹常常会发视频电话给那位奶奶，安慰和鼓励她努力复健。

记得刚到纽约时，高微美与家人就住在一个小出租屋内。虽然生活条件艰苦，但仍然保持着一颗对家人和朋友包容乐观的心。她尽心尽力照顾着自己的两个孩子，风雨无阻接送孩子，照顾年迈的公婆，打理一家老小的衣食住行。他们两夫妻一直在尽自己最大的能力培养他们的孩子。我清楚的知道高微妹非常尊重自己的孩子，只要是她孩子想学的，感兴趣的，她都给予她孩子最大的支持和帮助。她的大儿子在她的支持下会跆拳道，打篮球，会打网球，会弹吉他，学习越来越优秀。我一直很羡慕她将她的孩子教育的那么好，懂礼貌，尊老爱幼。她也会和我分享她是如何教育孩子的，也会给我介绍不同的小朋友的课外补习班。因为我也有两个孩子，在她的身上我也学习到了如何教育好我的孩子。他们夫妻知道父母是孩子最好的榜样，所以他们一直都在给孩子树立好的榜样，努力培养自己的孩子，让他们长大后成为对社会有帮助的人。高微妹的道德品格在家人与朋友圈中都享有很高的评价。因此我也常常会将我的两个孩子托付给她照顾。

然而在18年，因为交友不慎，她犯下了一个错误。这件事情从发生到现在，她已经深深明白因为自己的糊涂所带来的严重后果和影响。这两年来，她经常因为谈起这件事而流泪，每当夜里想起因自己一不小心犯下的错误，给家人带来的伤害，经常辗转反侧无法入眠，慢慢积郁成疾，自己身体健康也受到了影响。2018年6月，由于长期的抑郁，失眠，身体状况十分不好，得了甲状腺疾病，不得不手术治疗。我只能安慰她的同时也劝导她，希望她能吸取经验教训，改过自新，恢复健康，照顾好自己，重新振作起来，让自己的生活和工作重新走上正轨。考虑到毕竟家中还有孩子和老人需要照顾，她尽量调节自己的心情，让自己尽快恢复健康。

自手术后，她突然领悟了找到了人生积极的方向，她不断的悔改，把大部分的时间投入到老人护理当中去。她主动的学习了基础的护理知识，实地了解了老人

的生理和心理需求。发扬不怕苦不怕脏的爱心精神。在她护理的老人中，老人的病情得到了缓解。健康状况都有了很大的改善。然而，自己却因为第一次手术后没有完全恢复好，就辛苦奔波，2018年年底又住院做了一次手术，身体疲惫不堪。但每当休息好，就会重新开始照顾自己的孩子，护理老人家。

今年3月份疫情突然来袭，老人在家中因为缺少亲人陪伴，心情低落。高微美却在此时冒着被感染的风险，自费购买了防护用品，蔬菜粮食亲自送到老人家手里，并时常电话与他们沟通，陪护左右。疫情期间，她从没有一次落下过护理。她真的把老人家的护理当做一份事业在进行，希望心灵得到救赎。

但是目前，高微美家里的情况却并不是太乐观。她的甲状腺疾病，在今年5月分又做了手术，三次手术微美身心俱疲，医生告诫她一定要保持良好的情绪和休息。所以暂时还没能开始正常工作。她的父亲已经到了古稀之年，也没有什么经济收入，他们得知微美出事后，经常失眠，血压升高。身体状况不容乐观。两个孩子目前还未成年，他们也隐约感觉到家里出了事。但为了不给孩子幼小心灵蒙上阴影，她也一直对孩子保守这件事。但为了不给孩子幼小心灵蒙上阴影，她也一直对孩子保守事件。，自己一直默默承受着各方面压力。

对于高微美这样的移民家庭来说，现在的他们真的深陷困境。目前她为了能够保证担负赡养父母的责任和家庭的日常开销。不敢有半点松懈，每天都超负荷工作。平时省吃俭用，不敢乱用每一分钱，她与我的多次对话中都提出目前的担心。害怕这个案件的判决结果会影响到自己无法照顾孩子父母，并托付我帮忙照顾亲人。每次谈及此事，她都潸然泪下。。。

尊敬的法官大人，中国人有句古话叫做"亡羊补牢，犹未迟也"意思是：明白了自己做错了事马上改正，结果是来得及挽回的。作为她最好的朋友之一，我恳请法官大人不判她入狱，从轻判决。念她是初犯，没有伤害到其他人，并且这些年一直在积极悔改，以实际行动来证明自己的悔过之心。请考虑一下她上有老下有小需要照顾，孩子离不开妈妈，父母亲年迈离不开女儿。给她一次改过自新的机会吧！

谢谢！

诚挚

刘燕丹