United States v. Wei Mei Gao

Docket 18-cr-408 (BMC)

TERMS OF SUPERVISED RELEASE OR PROBATION

1. The defendant shall comply with the restitution order.

2. Upon request, the defendant shall provide the U.S. Probation Department with full disclosure of her financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, the defendant is prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Department. The defendant shall cooperate with the probation officer in the investigation of her financial dealings and shall provide truthful monthly statements of her income and expenses. The defendant shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Department access to her financial information and records;

3. The defendant shall cooperate with and abide by all instructions of immigration authorities.

4. If removed, defendant may not re-enter the United States illegally.

REVIEWED:

_Wei Mei Gao_
Defendant

_Tracey L. Walden_
Defense Counsel

**COURT EXHIBIT**

_A_